```
DOCKET NO.:HHD-CV14-6056075 S        :    SUPERIOR COURT

FRANK SALAS                          :    J.D. OF HARTFORD

vs.                                  :    AT HARTFORD

TOWN OF ENFIELD; ENFIELD POLICE
DEPARTMENT; CHIEF CARL SFERRAZZA,
individually and in his official
capacity; OFFICER MATTHEW WORDEN,
individually and in his official
capacity; OFFICER JAMIE YOTT,
individually and in his official
capacity; OFFICER RYAN WESCHE,
individually and in his official
capacity; OFFICER JOHN M. CARNEY,
individually and in his official
capacity; OFFICER JOHN DOE,
individually and in his official
capacity; OFFICER JANE DOE,
individually and in her official
capacity                             :    DECEMBER 16, 2014
```

## NOTICE OF FILING NOTICE OF REMOVAL

To:  Chief Clerk                         Elliot Spector, Esq.
     Hartford Superior Court             Hassett & George P.C.
     90 Washington Street                945 Hopmeadow Street
     Hartford, CT 06457-3374             Simsbury, CT 06070

     David K. Jaffe, Esq.                Paul Spinella, Esq.
     Brown Paindiris & Scott, LLP        Spinella & Associates
     100 Pearl Street                    1 Lewis Street
     Hartford, CT 06103                  Hartford, CT 06103

     Please take notice that defendants TOWN OF ENFIELD, CHIEF

CARL SFERRAZZA, OFFICER JAMIE YOTT, OFFICER RYAN WESCHE, and

OFFICER JOHN CARNEY in the above-entitled action, have on this 16th day of December, 2014 mailed, postage prepaid, to the Clerk of the United States District Court for the District of Connecticut, the original of the attached Petition for Removal of the action.

    DEFENDANTS, TOWN OF ENFIELD,
    CHIEF CARL SFERRAZZA, OFFICER
    JAMIE YOTT, OFFICER RYAN
    WESCHE and OFFICER JOHN CARNEY

    BY/ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    8 Lowell Road
    West Hartford, CT 06119
    Telephone (860)233-5600
    Telecopier (860)233-5800
    jtallberg@kt-lawfirm.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 16th day of December, 2014, to the following counsel of record:

David K. Jaffe, Esq.  
Brown Paindiris & Scott, LLP  
100 Pearl Street  
Hartford, CT 06103  
djaffe@bpslawyers.com

Paul Spinella, Esq.  
Spinella & Associates  
1 Lewis Street  
Hartford, CT 06103  
attorneys@spinella-law.com

Elliot Spector, Esq.  
Hassett & George P.C.  
945 Hopmeadow Street  
Simsbury, CT 06070  
Ebspector87@gmail.com

/ss/ James N. Tallberg  
James N. Tallberg