```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

FRANK SALAS                               :    CIV. NO.
     Plaintiff
vs.                                       :

TOWN OF ENFIELD; ENFIELD POLICE           :
DEPARTMENT; CHIEF CARL SFERRAZZA,
individually and in his official          :
capacity; OFFICER MATTHEW WORDEN,
individually and in his official          :
capacity; OFFICER JAMIE YOTT,
individually and in his official          :
capacity; OFFICER RYAN WESCHE,
individually and in his official          :
capacity; OFFICER JOHN M. CARNEY,
individually and in his official          :
capacity; OFFICER JOHN DOE,
individually and in his official          :
capacity; OFFICER JANE DOE,
individually and in her official
capacity                                  :    DECEMBER 16, 2014
     Defendants.
```

## **NOTICE OF PENDING MOTIONS**

Pursuant to the Local Standing Order in Removed Cases, the undersigned hereby certifies that there are no pending motions that require action by a Judge of this court at this time.

        DEFENDANTS, TOWN OF ENFIELD,
        CHIEF CARL SFERRAZZA, OFFICER
        JAMIE YOTT, OFFICER RYAN
        WESCHE and OFFICER JOHN CARNEY

BY /ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    8 Lowell Road
    West Hartford, CT 06119
    Telephone (860)233-5600
    Telecopier (860)233-5800
    jtallberg@kt-lawfirm.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 16th day of December, 2014, to the following counsel of record:

David K. Jaffe, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
djaffe@bpslawyers.com

Paul Spinella, Esq.
Spinella & Associates
1 Lewis Street
Hartford, CT 06103
attorneys@spinella-law.com

Elliot Spector, Esq.
Hassett & George P.C.
945 Hopmeadow Street
Simsbury, CT 06070
Ebspector87@gmail.com

        /ss/ James N. Tallberg
        James N. Tallberg