```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

FRANK SALAS                             :     CIV. NO.
      Plaintiff
vs.                                     :

TOWN OF ENFIELD; ENFIELD POLICE         :
DEPARTMENT; CHIEF CARL SFERRAZZA,
individually and in his official        :
capacity; OFFICER MATTHEW WORDEN,
individually and in his official        :
capacity; OFFICER JAMIE YOTT,
individually and in his official        :
capacity; OFFICER RYAN WESCHE,
individually and in his official        :
capacity; OFFICER JOHN M. CARNEY,
individually and in his official        :
capacity; OFFICER JOHN DOE,
individually and in his official        :
capacity; OFFICER JANE DOE,
individually and in her official
capacity                                :     DECEMBER 16, 2014
      Defendants.
```

## **STATEMENT OF JAMES N. TALLBERG**

The undersigned states that to the best of his present knowledge and belief, the defendants have been served in the manner provided by statute, and this petition is brought within thirty days of that service.

Defendants are believed to have been served on or about November 18, 2014.

          DEFENDANTS, TOWN OF ENFIELD,
          CHIEF CARL SFERRAZZA, OFFICER
          JAMIE YOTT, OFFICER RYAN
          WESCHE and OFFICER JOHN
          CARNEY

BY/ss/ James N. Tallberg
   James N. Tallberg
   Federal Bar No.: ct17849
   Karsten & Tallberg, LLC
   8 Lowell Road
   West Hartford, CT 06119
   Telephone (860)233-5600
   Telecopier (860)233-5800
   jtallberg@kt-lawfirm.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed electronically, this 16th day of December, 2014, to the following counsel of record:

David K. Jaffe, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
djaffe@bpslawyers.com

Paul Spinella, Esq.
Spinella & Associates
1 Lewis Street
Hartford, CT 06103
attorneys@spinella-law.com

Elliot Spector, Esq.
Hassett & George P.C.
945 Hopmeadow Street
Simsbury, CT 06070
Ebspector87@gmail.com

          /ss/ James N. Tallberg
          James N. Tallberg