```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| FRANK SALAS | : | CIV. NO. |
|     Plaintiff | | |
| vs. | : | |
| | | |
| TOWN OF ENFIELD; ENFIELD POLICE | : | |
| DEPARTMENT; CHIEF CARL SFERRAZZA, | | |
| individually and in his official | : | |
| capacity; OFFICER MATTHEW WORDEN, | | |
| individually and in his official | : | |
| capacity; OFFICER JAMIE YOTT, | | |
| individually and in his official | : | |
| capacity; OFFICER RYAN WESCHE, | | |
| individually and in his official | : | |
| capacity; OFFICER JOHN M. CARNEY, | | |
| individually and in his official | : | |
| capacity; OFFICER JOHN DOE, | | |
| individually and in his official | : | |
| capacity; OFFICER JANE DOE, | | |
| individually and in her official | | |
| capacity | : | DECEMBER 17, 2014 |
|     Defendants. | | |

## **NOTICE OF CONSENT TO REMOVAL**

Please take notice that the defendant, OFFICER MATTHEW WORDEN has consented to the removal of the above-captioned matter to the United States District Court of Connecticut.

```
                              DEFENDANT, OFFICER MATTHEW
                              WORDEN


                          By /ss/  Elliot Spector
                             Elliot Spector
                             Federal Bar No.: ct05278
                             Hassett & George P.C.
                             945 Hopmeadow Street
                             Simsbury, CT 06070
                             Telephone (860)651-1333
                             Telecopier (860)651-1888
                             Ebspector87@gmail.com
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed electronically, this 17th day of December, 2014, to the following counsel of record:

| | |
|---|---|
| David K. Jaffe, Esq. | Paul Spinella, Esq. |
| Brown Paindiris & Scott, LLP | Spinella & Associates |
| 100 Pearl Street | 1 Lewis Street |
| Hartford, CT 06103 | Hartford, CT 06103 |
| djaffe@bpslawyers.com | attorneys@spinella-law.com |

```
                              /ss/ James N. Tallberg
                              James N. Tallberg
```